UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| TONIA CANTRELL, | ) | Civil Action No. 4:23-cv-03509-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kilolo Kijakazi, | ) | |
| Acting Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Motion to Remand, consented to by Plaintiff's counsel, it is hereby ORDERED that this action is remanded to the Defendant for further administrative proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

s/ Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

November 14, 2023
Florence, South Carolina